United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James M. Napolitano  
Tammy L Napolitano  
    Debtors

Case No. 15-16976-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 2      Date Rcvd: Oct 04, 2016  
                       Form ID: 152   Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.

```
db/jdb          James M. Napolitano,    Tammy L Napolitano,    1955 Cabernet Place,    Easton, PA  18045-5400
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
                 610 York Road, Suite 200,    Jenkintown, PA 19046-2867
13605232      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    P.O. Box 982238,    El Paso, TX  79998)
13627651       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13605233       +Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
13605234       +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13605235       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13605237       +CitiMortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
13614235        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA  50368-8971
13605236        Citicards CBNA,    P.O. Box 6241,    Sioux Falls, SD  57117-6241
13605238       +Citizen's Auto Finance,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13683731       +Citizens One Auto Finance,    1 Citizens Drive,    ROP15B,    Riverside RI 02915-3019
13605239       +Dreamms LLC,    134 Aspen Court,    Lake Hopatcong, NJ 07849-2431
13612052      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    Dept 55953,    P.O. Box 55000,
                 Detroit, MI 48255-0953)
13605240       +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
13624834       +Midland Credit Management, Inc. as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13608580        Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
13679777       +Nissan Motor Acceptance Corporation,    PO BOX 660336,    Dallas, TX 75266-0336
13605242       +Nissan/Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
13605244       +TNT Investments LLC,    452 Scotland Road,    Orange, NJ 07050-2205
13605245       +WFFNB/Raymour & Flannigan,    800 Walnut Street,    Des Moines, IA 50309-3605
13657085        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: robertsl2@dnb.com Oct 05 2016 02:09:06      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2016 02:08:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2016 02:09:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13605241       +E-mail/Text: bankruptcy@fult.com Oct 05 2016 02:09:30      Lafayette Ambassador Bank,
                 P.O. Box 25091,    Lehigh Valley, PA 18002-5091
13608704        E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 01:56:08
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13605243       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:06      SYNCB/Banana Republic,
                 POBox 965055,    Orlando, FL 32896-5055
13609090        E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:54:11      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nissan Motor Acceptance Corporation,    PO Box 660336,    Dallas, TX 75266-0336
cr*             Synchrony Bank,   c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13611921*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
13657086*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Lisa                  Page 2 of 2              Date Rcvd: Oct 04, 2016
                              Form ID: 152                Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Citimortgage, INC. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    CitiMortgage Inc. paeb@fedphe.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor James M. Napolitano mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Tammy L Napolitano mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James M. Napolitano and Tammy L Napolitano
    Debtor(s)

Case No: 15–16976–ref

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court