United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-16976-ref
James M. Napolitano                                                         Chapter 13
Tammy L Napolitano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Oct 04, 2016
                              Form ID: 167            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2016.
db/jdb         James M. Napolitano,    Tammy L Napolitano,    1955 Cabernet Place,    Easton, PA  18045-5400
cr            +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
               610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr            +Nissan Motor Acceptance Corporation,    PO Box 660336,    Dallas, TX 75266-0336
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:06      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HOWARD   GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              JOSEPH PATRICK SCHALK    on behalf of Creditor   Citimortgage, INC. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Federal National Mortgage Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   CitiMortgage Inc. paeb@fedphe.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor James M. Napolitano mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Tammy L Napolitano mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Nissan Motor Acceptance Corporation
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James M. Napolitano and
Tammy L Napolitano
    Debtor(s)

Case No: 15–16976–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Case. feasibility, Failure to File Documents Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI

(Rescheduled from October 27, 2016)

on: 12/1/16

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/4/16

Timothy B. McGrath
Clerk of Court

40 – 30
Form 167