UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| James M. Napolitano | : | Bky. No.  15-16976 |
| Tammy L. Napolitano | | |
| | : | |
| Debtor(s) | | |
| | : | |

To: Lafayette Ambassador Bank
    PO Box 25091
    Lehigh Valley PA 18002

## NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $1,393.54 has been filed in your name by Michael J. McCrystal, Esq., Attorney for Debtor, Claim Number 9 on December 29, 2016.  You are further notified that a proof of claim filed by you pursuant to Federal Rules of Bankruptcy Procedure 3002 and 3003(c), shall supercede the proof filed by the debtor or trustee named above.

Date: December 30, 2016

FOR THE COURT

TIMOTHY B. McGRATH, CLERK

By:  s/Lisa Henry
     Case Administrator