United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James M. Napolitano  
Tammy L Napolitano  
     Debtors

Case No. 15-16976-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Dec 30, 2016  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2017.
db          James M. Napolitano,    1955 Cabernet Place,    Easton, PA 18045-5400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13605241        +E-mail/Text: bankruptcy@fult.com Dec 31 2016 01:19:32      Lafayette Ambassador Bank,    P.O. Box 25091,    Lehigh Valley, PA 18002-5091
                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2016 at the address(es) listed below:
            ANDREW   SPIVACK    on behalf of Creditor    Citimortgage, INC. paeb@fedphe.com
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
            HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC    hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association    bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
            MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    CitiMortgage Inc. paeb@fedphe.com
            MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Tammy L Napolitano mccrystallaw@gmail.com,    sueparalegal@gmail.com
            MICHAEL J. MCCRYSTAL    on behalf of Debtor James M. Napolitano mccrystallaw@gmail.com,    sueparalegal@gmail.com
            THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association    tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation    mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                                                                        TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| James M. Napolitano | : | Bky. No.  15-16976 |
| Tammy L. Napolitano | | |
| | : | |
| Debtor(s) | | |
| | : | |

To: Lafayette Ambassador Bank
    PO Box 25091
    Lehigh Valley PA 18002

### NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $1,393.54 has been filed in your name by Michael J. McCrystal, Esq., Attorney for Debtor, Claim Number 9 on December 29, 2016.  You are further notified that a proof of claim filed by you pursuant to Federal Rules of Bankruptcy Procedure 3002 and 3003(c), shall supercede the proof filed by the debtor or trustee named above.

Date: December 30, 2016

FOR THE COURT

TIMOTHY B. McGRATH, CLERK

By:   s/Lisa Henry
         Case Administrator