United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James M. Napolitano  
Tammy L Napolitano  
    Debtors

Case No. 15-16976-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 06, 2017  
                      Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.  
db/jdb        James M. Napolitano,    Tammy L Napolitano,    1955 Cabernet Place,    Easton, PA  18045-5400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
        ANDREW   SPIVACK    on behalf of Creditor    Citimortgage, INC. paeb@fedphe.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC  
         hg229ecf@gmail.com,   229ecf@glpoc.comcastbiz.net  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association  
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    CitiMortgage Inc. paeb@fedphe.com  
        MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Tammy L Napolitano mccrystallaw@gmail.com,  
         sueparalegal@gmail.com  
        MICHAEL J. MCCRYSTAL    on behalf of Debtor James M. Napolitano mccrystallaw@gmail.com,  
         sueparalegal@gmail.com  
        THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association  
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation  
         mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                                                                                                                          TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James M. Napolitano and Tammy L Napolitano

       Debtor(s)                          Chapter: 13

                                         Bankruptcy No: 15−16976−ref
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 6, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Richard E. Fehling
                                                       Judge ,
                                                       United States Bankruptcy Court