| | | |
|---|---|---|
| IN RE: James Napolitano and | : | IN THE UNITED STATES |
| Tammy Napolitano | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 15-16976 |
| | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Michael J. McCrystal, Esquire have this 12th day of April 2017, served upon the following named persons, Notice and Motion for Professional Compensation by United States Mail, Postage Prepaid and/or via ECF:

Citimortgage Inc.                      Bank of America
PO Box 688971                          PO Box 982238
Des Moines, IA 50368                   El Paso, TX 79998

Chase                                  Citi
PO Box 24696                           PO Box 6500
Columbus, OH 43224                     Sioux Falls, SD 57117

Citizens Auto Finance                  Dreamms LLC
480 Jefferson Blvd                     134 Aspen Court
Warwick, RI 02886                      Lake Hopatcong, NJ 07849

Ecast Setlement Corp.                  KML Law Group
PO Box 29262                           701 Market Street, STE 5000
New York, NY 10087                     Philadelphia, PA 19106

Ford Motor Credit                      Lafayette Ambassador Bank
PO Box 62180                           PO Box 25091
Colorado Springs, CO 80962             Lehigh Valley, PA 18002

Midland Funding LLC                    Nationstar Bank
PO Box 2011                            PO Box 619096
Warren, MI 48090                       Dallas, TX 75261

Nissan Motors Acceptance               Recovery Mgmt
PO Box 660366                          25 SE 2nd Ave, STE 1120
Dallas, TX 75266                       Miami, FL 33131

Synchrony Bank  
Bankr. Dept  
PO Box 965055  
Orlando, FL 32896

TNT Investments  
452 Scotland Road  
Orange, NJ 07050

Respectfully Submitted,

/S/ Michael J. McCrystal

_____

Michael J. McCrystal, Esquire