## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

IN RE:  James Napolitano and        :      CHAPTER 13
       Tammy Napolitano
       Debtor                 :
                          :      case no. 15-16976
                          :

## <u>ORDER</u>

AND NOW, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1.    Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand two hundred ninety one and sixty seven cents ($3,291.67) {less the sum of $1,200.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2.    Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3.    A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand  ninety one dollars and sixty seven cents ($2,091.67).

BY THE COURT:

**Date: May 10, 2017**

_____
USBJ