### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James Napolitano<br>Tammy L. Napolitano aka Tammy L. Clauser<br>Debtors | CHAPTER 13 |
| Federal National Mortgage Association<br>Movant<br>vs.  | NO. 15-16976 REF |
| James Napolitano<br>Tammy L. Napolitano aka Tammy L. Clauser<br>Debtors/Respondents | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle<br>Trustee/Respondent | |

### ORDER

UPON consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on February 17, 2017, and the recordation of same in the County land records, does not violate the automatic stay, 11 U.S.C. § 362(a), nor the provisions of 11 U.S.C. § 549.

The Movant shall file an Amended Proof of Claim to reflect the Loan Modification within thirty (30) days of the entry of this Order.

**Date: May 12, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list