United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-16976-ref
James M. Napolitano    Chapter 13
Tammy L Napolitano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: May 12, 2017
                      Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
```
db/jdb         James M. Napolitano,    Tammy L Napolitano,    1955 Cabernet Place,    Easton, PA  18045-5400
cr            +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
               610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr            +Nissan Motor Acceptance Corporation,    PO Box 660336,    Dallas, TX 75266-0336
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: gecsedi@recoverycorp.com May 13 2017 01:06:33      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2017 at the address(es) listed below:
```
              ANDREW    SPIVACK    on behalf of Creditor    Citimortgage, INC. paeb@fedphe.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    CitiMortgage Inc. paeb@fedphe.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor James M. Napolitano mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Tammy L Napolitano mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 13
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  James Napolitano<br>           Tammy L. Napolitano aka Tammy L. Clauser<br>                                    Debtors | CHAPTER 13 |
| Federal National Mortgage Association<br>                              Movant<br>              vs. | NO. 15-16976 REF |
| James Napolitano<br>Tammy L. Napolitano aka Tammy L. Clauser<br>                              Debtors/Respondents | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle<br>                  Trustee/Respondent | |

**ORDER**

UPON consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on February 17, 2017, and the recordation of same in the County land records, does not violate the automatic stay, 11 U.S.C. § 362(a), nor the provisions of 11 U.S.C. § 549.

The Movant shall file an Amended Proof of Claim to reflect the Loan Modification within thirty (30) days of the entry of this Order.

**Date: May 12, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list