| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-16976-PMM**

JAMES M. NAPOLITANO
TAMMY L NAPOLITANO
1955 CABERNET PLACE
EASTON  PA  18045-5400

Petition Filed Date: 09/29/2015
341 Hearing Date: 01/12/2016
Confirmation Date: 04/06/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2019 | $855.00 |  | 02/27/2019 | $855.00 |  | 03/18/2019 | $855.00 |  |
| 04/23/2019 | $855.00 |  | 05/21/2019 | $855.00 |  | 06/18/2019 | $855.00 |  |
| 07/25/2019 | $855.00 |  | 09/04/2019 | $855.00 | Automatic Payr | 09/23/2019 | $855.00 | Automatic Payr |
| 10/23/2019 | $855.00 |  | 11/25/2019 | $855.00 |  | 12/26/2019 | $855.00 |  |
| 01/24/2020 | $855.00 |  | 02/25/2020 | $855.00 |  | 03/23/2020 | $855.00 |  |
| 04/23/2020 | $855.00 |  | 05/26/2020 | $855.00 |  | 06/23/2020 | $855.00 |  |
| 07/23/2020 | $855.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $16,245.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,610.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | BANK OF AMERICA NA<br>»» 005 | Unsecured Creditors | $31,039.04 | $8,808.10 | $22,230.94 |
| 8 | CITIZENS BANK NA<br>»» 008 | Secured Creditors | $35,918.59 | $0.00 | $35,918.59 |
| 6 | ECAST SETTLEMENT CORPORATION<br>»» 006 | Unsecured Creditors | $2,805.66 | $796.19 | $2,009.47 |
| 7 | ECAST SETTLEMENT CORPORATION<br>»» 007 | Unsecured Creditors | $7,227.60 | $2,051.03 | $5,176.57 |
| 2 | FORD MOTOR CREDIT COMPANY<br>»» 002 | Unsecured Creditors | $9,842.86 | $2,793.15 | $7,049.71 |
| 9 | LAFAYETTE AMBASSADOR BANK<br>»» 009 | Mortgage Arrears | $1,872.57 | $1,872.57 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $6,525.65 | $1,851.81 | $4,673.84 |
| 1 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 001 | Unsecured Creditors | $6,415.89 | $1,820.66 | $4,595.23 |
| 3 | RUSHMORE LOAN MANAGEMENT SVCS LLC<br>»» 003 | Mortgage Arrears | $4,131.28 | $4,131.28 | $0.00 |
| 10 | McCRYSTAL LAW OFFICES<br>»» 010 | Attorney Fees | $2,091.67 | $2,091.67 | $0.00 |

**Chapter 13 Case No. 15-16976-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,610.00 | Current Monthly Payment: | $855.00 |
| Paid to Claims: | $26,216.46 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,624.04 | Total Plan Base: | $31,320.00 |
| Funds on Hand: | $769.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.