Certificate Number: 14912-PAE-DE-034882203

Bankruptcy Case Number: 15-16976



14912-PAE-DE-034882203

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2020, at 4:37 o'clock PM EDT, Tammy Napolitano completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 15, 2020            By:   /s/Jai Bhatt

                                       Name: Jai Bhatt

                                       Title: Counselor