United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16976-pmm |
| James M. Napolitano | Chapter 13 |
| Tammy L Napolitano | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 10, 2020 | Form ID: 138NEW | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James M. Napolitano, Tammy L Napolitano, 1955 Cabernet Place, Easton, PA 18045-5400 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | CAB East, LLC/Ford Motor Credit Company, LLC, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| 13605232 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, P.O. Box 982238, El Paso, TX 79998 |
| 13627651 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13605234 | + | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13605235 | + | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 13605237 | + | CitiMortgage, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 13605236 | | Citicards CBNA, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13605239 | + | Dreamms LLC, 134 Aspen Court, Lake Hopatcong, NJ 07849-2431 |
| 13612052 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit, MI 48255-0953 |
| 13838901 | + | Federal National Mortgage Association, KML Law Group, P.C., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13605240 | + | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 13624834 | + | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13828662 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13608580 | | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas TX 75266-0366 |
| 13679777 | + | Nissan Motor Acceptance Corporation, PO BOX 660336, Dallas, TX 75266-0336 |
| 13605242 | + | Nissan/Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 13605244 | + | TNT Investments LLC, 452 Scotland Road, Orange, NJ 07050-2205 |
| 13605245 | + | WFFNB/Raymour & Flannigan, 800 Walnut Street, Des Moines, IA 50309-3605 |
| 14392765 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB,, Trustee for CSMC 2019-SPL1 Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 13657085 | | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 11 2020 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 11 2020 03:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 15-16976-pmm    Doc 82    Filed 11/12/20    Entered 11/13/20 00:50:14    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2020 | Form ID: 138NEW | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13683731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 11 2020 03:56:00 | Citizens One Auto Finance, 1 Citizens Drive, ROP15B, Riverside RI 02915 |
| 13605238 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 11 2020 03:56:00 | Citizen's Auto Finance, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 13605233 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 11 2020 04:02:21 | Chase, P.O. Box 24696, Columbus, OH 43224 |
| 13605241 | + | Email/Text: bankruptcy@fult.com | Nov 11 2020 03:56:00 | Lafayette Ambassador Bank, P.O. Box 25091, Lehigh Valley, PA 18002-5091 |
| 13858156 | + | Email/Text: bankruptcy@fult.com | Nov 11 2020 03:56:00 | Lafayette Ambassador Bank, c/o Jessica Fuller, PO Box 4887, Lancaster, PA 17604-4887 |
| 13608704 | | Email/PDF: rmscedi@recoverycorp.com | Nov 11 2020 04:00:59 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13605243 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2020 04:00:58 | SYNCB/Banana Republic, POBox 965055, Orlando, FL 32896-5055 |
| 13609090 | | Email/PDF: gecsedi@recoverycorp.com | Nov 11 2020 04:02:21 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660336, Dallas, TX 75266-0336 |
| cr | * | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13611921 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 13657086 | * | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |
| 13614235 | ## | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Citimortgage INC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Wilmington Savings Fund Society  FSB, solely as trustee of CSMC 2019-SPL1 Trust bk@rgalegal.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 10, 2020 | Form ID: 138NEW | Total Noticed: 36 |

**HOWARD GERSHMAN**
on behalf of Creditor CAB East  LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

**JOSHUA I. GOLDMAN**
on behalf of Creditor Federal National Mortgage Association Josh.Goldman@padgettlawgroup.com
kevin.shatley@padgettlawgroup.com

**LISA MARIE CIOTTI**
on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

**MATTEO SAMUEL WEINER**
on behalf of Creditor Federal National Mortgage Association bkgroup@kmllawgroup.com

**MATTEO SAMUEL WEINER**
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

**MATTHEW GREGORY BRUSHWOOD**
on behalf of Creditor CitiMortgage Inc. mbrushwood@barley.com  jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

**MICHAEL J. MCCRYSTAL**
on behalf of Debtor James M. Napolitano mccrystallaw@gmail.com  sueparalegal@gmail.com

**MICHAEL J. MCCRYSTAL**
on behalf of Joint Debtor Tammy L Napolitano mccrystallaw@gmail.com  sueparalegal@gmail.com

**REBECCA ANN SOLARZ**
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

**SCOTT F. WATERMAN (Chapter 13)**
ECFMail@ReadingCh13.com

**THOMAS I. PULEO**
on behalf of Creditor Federal National Mortgage Association tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James M. Napolitano and Tammy L Napolitano

        Debtor(s)                         Bankruptcy No: 15−16976−pmm

                                                          Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                                   Timothy B. McGrath
                                                                    Clerk of Court

Dated: 11/10/20

                                                                                               80 − 78
                                                                                            Form 138_new