United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16976-pmm |
| James M. Napolitano | Chapter 13 |
| Tammy L Napolitano | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 11, 2020 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | James M. Napolitano, Tammy L Napolitano, 1955 Cabernet Place, Easton, PA 18045-5400 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2020         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Citimortgage INC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Wilmington Savings Fund Society FSB, solely as trustee of CSMC 2019-SPL1 Trust bk@rgalegal.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JOSHUA I. GOLDMAN | on behalf of Creditor Federal National Mortgage Association Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Federal National Mortgage Association bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 11, 2020 | Form ID: 195 | Total Noticed: 1 |

MATTHEW GREGORY BRUSHWOOD
    on behalf of Creditor CitiMortgage Inc. mbrushwood@barley.com  jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

MICHAEL J. MCCRYSTAL
    on behalf of Joint Debtor Tammy L Napolitano mccrystallaw@gmail.com  sueparalegal@gmail.com

MICHAEL J. MCCRYSTAL
    on behalf of Debtor James M. Napolitano mccrystallaw@gmail.com  sueparalegal@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor Federal National Mortgage Association tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

James M. Napolitano and Tammy L Napolitano           : Case No. 15−16976−pmm
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 11th, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court